# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE COSTA,<br><br>        Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant. | CASE NO. 2:15-cv-00738-JAM-CMK<br><br>**ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff LOUISE COSTA and Defendant MIDLAND CREDIT MANAGEMENT, INC.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:  6/8/2015        /s/ John A. Mendez
                        UNITED STATES DISTRICT COURT JUDGE